UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher S. Tretola, Esq. - CT-4217
THE SPADACCINI LAW FIRM, LLC
98 Franklin Corner Road
Lawrenceville, New Jersey 08648
(609) 912-0100
Attorneys for Creditor, Glassboro Office Urban Renewal, LLC

**Order Filed on June 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:  ANH T. LE
        VY T. CAO

| | |
|---|---|
| Case No.: | 18-15924-ABA |
| Judge: | Honorable Andrew B. Altenberg, Jr. |
| Hearing Date(s): | June 5, 2018 |
| Chapter: | 13 |

---

Recommended Local Form    ☐ Followed    ☒ Modified

---

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: June 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Glassboro Office Urban Renewal, LLC |
| Applicant's Counsel: | Christopher S. Tretola, Esq. |
| Debtor's Counsel: | Daniel L. Reinganum, Esq. |
| Property Involved ("Collateral"): | 213 Rowan Boulevard, Borough of Glassboro, Gloucester County, NJ |

Relief sought:  ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay
against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

☒  The Debtor is overdue for ___2___ months, from __04/01/2018__ to __05/31/2018__.

☒  The Debtor is overdue for ___1___ payments at $ 21.10 per month. (April 2018 balance due)
The Debtor is overdue for ___1___ payments at $2,729.16 per month. (May 2018 rent)

☒  The Debtor is assessed for ___1___ late charges at $269.27 per month. (April 2018)
The Debtor is assessed for ___1___ late charge at $272.92 per month. (May 2018)

☒  Applicant acknowledges receipt of funds in the amount of $ __2,671.62__ received
after the motion was filed.   Partial payment for rent due May 1, 2018, received June 4, 2018.

Total Arrearages Due  $ __620.83__.

2.    Debtor must cure all post-petition arrearages, as follows:

☒  Immediate payment shall be made in the amount of $ __620.83__.  Payment shall
be made no later than __06/15/2018__.

☒  Beginning on __06/01/2018__, regular monthly ~~mortgage~~ rental payments shall
continue to be made in the amount of $ __2,729.16__.  *As 06/05/18, the monthly rental payment
due on 06/01/2018 remains due and owing.

☐  Beginning on _____, additional monthly cure payments shall be
made in the amount of $_____  for _____ months.

❑    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3.    Payments to the Secured Creditor shall be made to the following address(es):

☒    Immediate payment:    Glassboro Office Urban Renewal, LLC

1333 Brunswick Avenue, Suite 200

Lawrenceville, NJ 08648

☒    Regular monthly payment:    Glassboro Office Urban Renewal, LLC

1333 Brunswick Avenue, Suite 200

Lawrenceville, NJ 08648

❑    Monthly cure payment:    _____

_____

_____

4.    In the event of Default:

☒    If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

❑    If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.    Award of Attorneys' Fees:

☒    The Applicant is awarded attorneys fees of $_____500.00_____, and costs of $_____181.00_____.

The fees and costs are payable:

☒    through the Chapter 13 plan.

☐    to the Secured Creditor within _____ days.

☐    Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15924-ABA
Anh T. Le                                                                 Chapter 13
Vy T. Cao
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jun 13, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db/jdb         +Anh T. Le,    Vy T. Cao,    705 Grant Ave.,    Collingswood, NJ 08107-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
          Christopher S. Tretola    on behalf of Creditor    Glassboro Office Urban Renewal LLC
           ctretola@spadlaw.com,   cstretola@msn.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          Thomas G. Egner    on behalf of Joint Debtor Vy T. Cao tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com
          Thomas G. Egner    on behalf of Debtor Anh T. Le tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7