Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15924−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Anh T. Le
705 Grant Ave.
Collingswood, NJ 08107

Vy T. Cao
705 Grant Ave.
Collingswood, NJ 08107

Social Security No.:
xxx−xx−1536

xxx−xx−9385

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 5, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 5, 2018
JAN: bc

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                   Case No. 18-15924-ABA
Anh T. Le                                                                Chapter 13
Vy T. Cao
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Sep 05, 2018
                              Form ID: 148                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db/jdb         +Anh T. Le,    Vy T. Cao,    705 Grant Ave.,    Collingswood, NJ 08107-2336
cr             +Glassboro Office Urban Renewal LLC,    1333,    Brunswick Avenue, Suite 200,
                 Lawrenceville, NJ 08618-5904
517572325      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517411929      +Borough of Collingswood,    Attn: Tax Office,    678 Haddon Ave.,    Collingswood, NJ 08108-3700
517569752       CACH, LLC its successors and assigns as assignee,    of On Deck Capital, Inc,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517411933      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517411934      +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 St. Louis, MO 63179-0040
517411935      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517531469      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517411937      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517411938      +Everest Business Funding,    8200 NW 52nd Terrace,    2nd Floor,    Doral, FL 33166-7852
517411939      +Experian,    PO Box 4500,    Allen, TX 75013-1311
517466825      +Glassboro Office Urban Renewal LLC,    The Spadaccini Law Firm, LLC,    98 Franklin Corner Road,
                 Lawrenceville, NJ 08648-2102
517456060      +Glassboro Office Urban Renewal, LLC,    1333 Brunswick Avenue, Suite 200,
                 Lawrenceville, NJ 08648-4502
517464673      +M&T BANK,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517411945      +Nexus Properties,    1333 Brunswick Pike,    Suite 200,    Lawrence Township, NJ 08648-4502
517411947      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517411948      +Strategic Funding Source, Inc,    120 West 45th St.,    New York, NY 10036-0069
517575486      +Strategic Funding Source, Inc.,    Bankruptcy Correspondence Center,
                 2500 Discovery Lane, Suite 200,    Rockwall, TX 75032-6335
517411951      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517411944      +US Dept of Education,    MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243
517411952      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 00:31:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 00:31:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: Bankruptcy@whetstoneholdings.com Sep 06 2018 00:31:54      Everest Business Funding,
                 2001 NW 107th Avenue,    3rd Floor,    Miami, FL  33172
517411927      +EDI: BANKAMER.COM Sep 06 2018 03:43:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
517411928      +EDI: TSYS2.COM Sep 06 2018 03:43:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
517411930      +EDI: CAPITALONE.COM Sep 06 2018 03:43:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517411931      +EDI: MERRICKBANK.COM Sep 06 2018 03:43:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
517411932      +EDI: CAUT.COM Sep 06 2018 03:43:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517431889       EDI: DISCOVER.COM Sep 06 2018 03:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517411936      +EDI: DISCOVER.COM Sep 06 2018 03:43:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517411940      +EDI: IRS.COM Sep 06 2018 03:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517518933      +EDI: CAUT.COM Sep 06 2018 03:43:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517572544       EDI: RESURGENT.COM Sep 06 2018 03:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of U.S. Bank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517411941      +EDI: RESURGENT.COM Sep 06 2018 03:48:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                 Greenville, SC 29603-0497
517411942       E-mail/Text: camanagement@mtb.com Sep 06 2018 00:30:45      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
517547208       E-mail/Text: camanagement@mtb.com Sep 06 2018 00:30:45      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517569827       EDI: MERRICKBANK.COM Sep 06 2018 03:43:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517411943      +EDI: MID8.COM Sep 06 2018 03:43:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Sep 05, 2018
                              Form ID: 148             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517475855     +EDI: MID8.COM Sep 06 2018 03:43:00      Midland Funding LLC,   PO Box 2011,
               Warren, MI 48090-2011
517411946      EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery,   Po Box 41067,    Norfolk, VA 23541
517512624      EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    c/o Amazon.com,
               POB 41067,    Norfolk VA 23541
517512569      EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    c/o Paypal,
               POB 41067,    Norfolk VA 23541
517545867      EDI: Q3G.COM Sep 06 2018 03:43:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
517415736     +EDI: RMSC.COM Sep 06 2018 03:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517411949     +EDI: RMSC.COM Sep 06 2018 03:43:00      Synchrony Bank/Banana Republic,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517411950     +EDI: RMSC.COM Sep 06 2018 03:43:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 26

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
```
              Christopher S. Tretola    on behalf of Creditor    Glassboro Office Urban Renewal LLC
               ctretola@spadlaw.com,    cstretola@msn.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Joint Debtor Vy T. Cao tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              Thomas G. Egner    on behalf of Debtor Anh T. Le tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 8
```